IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In proceedings under |
|   Dustin T Stephens | ) | Chapter 13 |
| | ) | |
| Sheila M Stephens | ) | |
|   Debtor(s). | ) | Bk. No.:  18-31576 |
| | ) | |

## NOTICE OF APPARENT DISCREPANCY IN ONGOING MORTGAGE PAYMENT

  The Chapter 13 Trustee, Russell C. Simon, files the instant Notice of Apparent Discrepancy in Ongoing Mortgage Payment, in response to the Notice of Mortgage Payment Change filed on behalf of US BANK NA, as a Supplement to Court Claim No. 6, on January 11, 2022.

  This is notice to all interested parties that the above-referenced Notice of Mortgage Payment Change, on either the Notice itself or on the supporting documentation accompanying same, references a previous mortgage payment, the amount of which has not been filed and/or allowed by the Court.

  The ongoing monthly mortgage payment prior to the effective date of the instant Notice is $1,073.37 pursuant to the Notice of Mortgage Payment Change, filed October 14, 2020.  The subject Notice references a previous mortgage payment amount of $1,075.15; the Trustee has no record of this amount.  Based upon this discrepancy, an inaccurate accounting may exist at the conclusion of this case.

  The instant document is for notice and informational purposes only, and the Trustee will take no further action with respect to the discrepancy disclosed above.

                                            **/s/ Russell C. Simon**
                                            RUSSELL C. SIMON, Trustee
                                            Chapter 13 Trustee
                                            24 Bronze Pointe
                                            Swansea, Illinois  62226
                                            Telephone: (618) 277-0086
                                            Telecopier: (618) 234-0124

Dated: January 13, 2022
RLS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Apparent Discrepancy in Ongoing Mortgage Payment  was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, January 13, 2022.

                                      /s/Rebecca

Dustin T Stephens
Sheila M Stephens
309 Avalon Dr
Troy, IL  62294

KARL J WULFF
430 REGENCY CENTRE
COLLINSVILLE, IL 62234


US BANK NA
C/O RUSHMORE LOAN MANAGEMENT SERVICES
P. O. BOX 52708
IRVINE, CA  92619

RUSHMORE LOAN MANAGEMENT SERVICES
P. O. BOX 55004
IRVINE, CA  92619-2708

SOTTILE & BARILE ATTORNEYS AT LAW
394 WARDS CORNER RD
STE 180
LOVELAND, OH  45140