IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Dustin T Stephens | ) | Under Chapter 13 |
| | ) | |
|    Sheila M Stephens | ) | |
| | ) | Bk. No: 18-31576 |
|    Debtor(s) | ) | |

### NOTICE OF INVALID ADDRESS FOR TRUSTEE DISBURSEMENTS

**NOTICE IS HEREBY GIVEN** that the Trustee has received the December disbursement check sent to US BANK NA at C/O RUSHMORE LOAN MANAGEMENT SERVICES, P. O. BOX 52708, IRVINE, CA 92619 due to an invalid/insufficient address. As such, until the creditor and/or Debtor(s) file a *Notice of Change of Address for Trustee Payments\** with the Court, the Trustee shall refrain from making any further disbursements to this creditor at the payment address listed above. Rather, the Trustee shall reserve future funds until (i) the filing of the required Notice of Change of Address for Trustee Payments; or (ii) the funds are tendered to the registry of the Court. A copy of the requisite form can be obtained on the Trustee's website at www.simonch13trustee.com.

**\*The filing of the *Notice of Change of Address for Trustee Payments* should not be construed to affect the Court's Mailing Matrix. Rather, the required Notice is to be used solely by the Chapter 13 Trustee to disburse payments due under the Plan.**

Respectfully submitted on this day, Friday, January 14, 2022.

                                                       **/s/Russell C. Simon**
                                                       RUSSELL C. SIMON
                                                       Chapter 13 Trustee
                                                       24 Bronze Pointe
                                                       Swansea, IL  62226
                                                       Telephone: (618) 277-0086
                                                       Telecopier: (618) 234-0124

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing Notice of Invalid Address for Trustee Disbursements was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Friday, January 14, 2022.

                                                       /s/ Stephanie

Dustin T Stephens
Sheila M Stephens
309 Avalon Dr
Troy, IL  62294

KARL J WULFF
430 REGENCY CENTRE
COLLINSVILLE, IL 62234


RUSHMORE LOAN MANAGEMENT SERVICES
P. O. BOX 55004
IRVINE, CA  92619-2708


SOTTILE & BARILE ATTORNEYS AT LAW
394 WARDS CORNER RD
STE 180
LOVELAND, OH  45140


RUSHMORE LOAN MANAGEMENT SVC
P. O. BOX 419094
RNCHO CORDOVA CA 95741-9094